IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADDONES SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-13-0692-HE |
| ) | |
| JOHN DOE, JOHN DOE, JOHN ) | |
| DOE, JOHN DOE, JOHN DOE ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a federal prisoner appearing *pro se,*, filed this § 1983 action against five unnamed officers who, he claims ,were deliberately indifferent to his serious medical needs while he was confined at the Federal Transfer Center (FTC) in Oklahoma City , Oklahoma. Consistent with 28 U.S.C. §636(b)(1)(B), the matter was referred to Magistrate Judge Suzanne Mitchell, who recommends that the motion for a preliminary injunction and/or temporary restraining order, be denied. She determined that the court lacks the authority to grant the relief request as it is directed against nonparties and is unrelated to the claims in the complaint. The court concurs with her analysis and also notes that plaintiff, having failed to object to the Report and Recommendation, waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. §636(b)(1)(C).  A

Accordingly, the court adopts Magistrate Judge Mitchell's Report and Recommendation and denies plaintiff's motion for injunctive relief.  [Doc. #9].

**IT IS SO ORDERED**.

Dated this 5th day of November, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE