**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

ADDONES SPENCER, )
)
         Plaintiff, )
vs. )      NO. CIV-13-0692-HE
)
JOHN DOE, JOHN DOE, JOHN )
DOE, JOHN DOE, JOHN DOE )
)
        Defendants. )

## <u>ORDER</u>

Plaintiff, a federal prisoner appearing *pro se,*, filed this § 1983 action against five

unnamed officers who, he claims ,were deliberately indifferent to his serious medical needs

while he was confined at the Federal Transfer Center (FTC) in Oklahoma City , Oklahoma.

Consistent with 28 U.S.C. §636(b)(1)(B), the matter was referred to Magistrate Judge

Suzanne Mitchell, who recommends that the motion for a preliminary injunction and/or

temporary restraining order, be denied. She determinated that the court lacks the authority

to grant the relief request as it is directed against nonparties and is unrelated to the claims in

the complaint. The court concurs with her analysis and also notes that plaintiff, having failed

to object to the Report and Recommendation, waived his right to appellate review of the

factual and legal issues it addressed. <u>United States v. One Parcel of Real Property</u>, 73 F.3d

1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. §636(b)(1)(C). A

Accordingly, the court adopts Magistrate Judge Mitchell's Report and

Recommendation and denies plaintiff's motion for injunctive relief. [Doc. #9].

**IT IS SO ORDERED**.

Dated this 5th day of November, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE